**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SEP 2 3 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 20-30139-SMY |
| GIOVANY F. GUZMAN, | ) Title 18, United States Code, Sections |
| | ) 1791(a)(2) and (b)(3). |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

POSSESSION OF CONTRABAND BY A FEDERAL INMATE

On or about August 19, 2020, in Bond County, Illinois, in the Southern District of Illinois,

**GIOVANY F. GUZMAN,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville, did knowingly possess a prohibited object, to wit: a weapon or an object designed or intended to be used as a weapon; all in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

Angela Scott
———————————————
ANGELA SCOTT
Assistant United States Attorney

Norman R. Smith
———————————————
STEVEN D. WEINHOEFT
United States Attorney

Recommend Bond: Detention